**Trey Z. COOPER, Plaintiff–Appellant,**

v.

**DSM NUTRITIONAL PRODUCTS, LLC, Defendant–Appellee.**

**No. 13–1434.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2013.

Decided: Sept. 30, 2013.

Pheobe A. Clark, Wukela Law Firm, Florence, South Carolina, for Appellant. Christopher G. Mackaronis, Brickfield, Burchette, Ritts & Stone, PC, Washington, D.C.; Jonathan P. Pearson, Fisher and Phillips LLP, Columbia, South Carolina, for Appellee.

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trey Z. Cooper appeals from the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of DSM Nutritional Products, LLC, in Cooper's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cooper v. DSM Nutritional Prods., LLC,* No. 4:11–cv–02553–RBH (D.S.C. Mar. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*